## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BERKS AREA REGIONAL
TRANSPORTATION AUTHORITY,

            Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (MODESTO),

            Respondents

:  No. 235 MAL 2016
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal is

**DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.